# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CRAIG ELLIS A/K/A RAHEEM AMIR, | : | No. 10 EAP 2015 |
| | : | |
| Appellant | : | |
| | : | Notice of Appeal and Jurisdictional |
| | : | Statement |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2015, the Notice of Appeal is hereby **QUASHED** as untimely.